| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**   **Dogleg Right Partners, LP**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   7 5 – 2 5 7 9 2 9 1

4. **Debtor's address**

   **Principal place of business**

   **1200 Placid Avenue, 300**
   Number   Street

   **Plano**   **TX**   **75074**
   City   State   ZIP Code

   **Collin**
   County

   **Mailing address, if different from principal place of business**

   **1200 Placid Avenue, 300**
   Number   Street

   _____
   P.O. Box

   **Plano**   **TX**   **75074**
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City   State   ZIP Code

5. **Debtor's website (URL)**   **http://doglegright.com/**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☑ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Dogleg Right Partners, LP** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____ Case number _____
                                        MM / DD / YYYY

Debtor **Dogleg Right Partners, LP** _____  Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ When _____ <br> Case number, if known _____ MM / DD / YYYY <br><br> Debtor _____ Relationship _____ <br> District _____ When _____ <br> Case number, if known _____ MM / DD / YYYY |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>     Number  Street <br> _____ <br> _____  _____  _____ <br> City  State  ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>      Contact name _____ <br>      Phone _____ |

### Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Dogleg Right Partners, LP**     Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Part X: Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/15/2016**
MM / DD / YYYY

X **/s/ David Billings**     **David Billings**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Robert T. DeMarco**     Date **05/15/2016**
Signature of Attorney for Debtor     MM / DD / YYYY

**Robert T. DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm Name

**1255 West 15th St., 805**
Number    Street

**Plano**     **TX**     **75075**
City     State     ZIP Code

Contact phone **(972) 578-1400**     Email address **robert@demarcomitchell.com**

**24014543**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re **Dogleg Right Partners, LP**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................... | **$6,800.00** |
| Prior to the filing of this statement I have received....................................... | **$6,800.00** |
| Balance Due..................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor　　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. [Other provisions as needed]

   **Includes filing fee of $1,717.00**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/15/2016** | **/s/ Robert T. DeMarco** |
|:---:|:---|
| *Date* | *Robert T. DeMarco*     Bar No. 24014543 |
| | DeMarco Mitchell, PLLC |
| | 1255 West 15th St., 805 |
| | Plano, TX 75075 |
| | Phone: (972) 578-1400 / Fax: (972) 346-6791 |

---

  **/s/ David Billings**

*David Billings*
*President*

**Fill in this information to identify the case:**

Debtor name: **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Howell S. Wynne<br>PO Box 8918<br>Rancho Santa Fe, CA 92067 | | | | | | $9,446,331.04 |
| 2 | C. Mitchell Cox<br>5 Stillforest St<br>Houston, TX 77024 | | | | | | $865,000.00 |
| 3 | Elizabeth Price Estate (closed)<br>c/o Anne Billings 5205 Quail Creek Dr.<br>McKinney, TX 75070 | | Business debt | | | | $50,000.00 |
| 4 | Robert Schmidt<br>20445 Gramercy Place Ste #201<br>Torrance, CA 90501 | | | | | | $37,500.00 |
| 5 | Kabbage Loans, LLC<br>925B Peachtree Street NE<br>Suite 1688<br>Atlanta, GA 30309 | | | | | | $29,540.58 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Dogleg Right Partners, LP**  
        Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Kennington Properties<br>4514 Travis Street #312<br>PO Box 192269<br>Dallas, TX 75229 | | | | | | $28,718.80 |
| 7 | Anne P. Billings<br>5205 Quail Creek Dr.<br>McKinney, TX 75070 | | | | | | $27,500.00 |
| 8 | Darryl Copeland, Jr<br>22 Harbor Island Drive<br>Key Largo, FL 33037 | | | | | | $26,100.00 |
| 9 | Citi<br>PO Box 6235<br>Sioux Falls, SD 57117-6235 | | | | | | $15,771.38 |
| 10 | Humana<br>PO Box 14601<br>Lexington, KY 538736 | | | | | | $10,685.57 |
| 11 | Kenneth Maun / Collin County Tax Assesso<br>920 E Park Blvd<br>Plano, TX 75074 | | | | | | $8,400.00 |
| 12 | Newark Element 14<br>300 S. Riverside Plaza, Suite 2200<br>Chicago, IL 60606 | | | | | | $8,000.00 |
| 13 | Law office of David H. Judson<br>15950 Dallas Parkway, Suite 225<br>Dallas, TX 75248 | | | | | | $6,815.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor  **Dogleg Right Partners, LP**    Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | PayPal, Inc., Legal Department  2211 North First Street  San Jose, CA 95131 | | | | | | $6,387.99 |
| 15 | Golfwrx Holdings, Inc.  1100 Oakwood Blvd  Dearborn, MI 48124-2820 | | | | | | $5,750.00 |
| 16 | Capital One  PO Box 30825  Salt Lake City, UT 84130-0285 | | | | | | $4,950.00 |
| 17 | CNC Associates, Inc  2900 Challenger Place  Oxnard, CA 93030 | | | | | | $3,750.08 |
| 18 | Republic Group  5525 Lyndon B Johnson Fwy  Dallas, TX 75240 | | | | | | $3,500.00 |
| 19 | Birch Communications (Cbeyond)  4835 Lyndon B Johnson Fwy #900  Dallas, TX 75244 | | | | | | $3,000.00 |
| 20 | Mason Deal Graphic Design  4242 Travis St #112  Dallas, TX 75229 | | | | | | $2,362.50 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Dogleg Right Partners, LP**                             CASE NO

                                                                                                CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   5/15/2016                                                      Signature   /s/ David Billings
                                                                                            *David Billings*
                                                                                            *President*

Date _____                              Signature _____

America First Insurance Co.

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

Anne P. Billings
5205 Quail Creek Dr.
McKinney, TX 75070

ASG Security
12301 Kiln Court Suite A
Beltsville, MD 20705

Attorney General of Texas
Taxation Division - Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711

Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
P.O. Box 12017
Austin, TX 78711-2017

Bank Of Texas (Bank of Oklahoma
333 W Campbell Rd
Richardson, TX 75080

Birch Communications (Cbeyond)
4835 Lyndon B Johnson Fwy #900
Dallas, TX 75244

Bob Johnson

Borroughs Corporation
3002 N. Burdick St
Kalamazoo, MI 49004

Burton Golf
2701 Emerywood Pkwy
Suite 101
Richmond, VA 23294

C. Mitchell Cox
5 Stillforest St
Houston, TX 77024

Capital One
PO Box 30825
Salt Lake City, UT 84130-0285

Citi
PO Box 6235
Sioux Falls, SD 57117-6235

CNC Associates, Inc
2900 Challenger Place
Oxnard, CA 93030

Darryl Copeland, Jr
22 Harbor Island Drive
Key Largo, FL 33037

Delilah Club Covers & More
4812 Tippecanoe Dr
Evansville, IN 47715

DFW Business Telephones, Inc.
1260 Shiloh Rd.
Plano, TX 75074

Duncan Disposal
1220 Dowdy Ferry Rd
Dallas, TX 75217

Elizabeth Price Estate (closed)
c/o Anne Billings 5205 Quail Cr
McKinney, TX 75070

FedEx Corporation
942 S Shady Grove Road
Memphis, TN 38120

Four Star Label Co
3640 Marquis Dr # A
Garland, TX 75042

Golfwrx Holdings, Inc.
1100 Oakwood Blvd
Dearborn, MI 48124-2820

Home Depot
2455 Paces Ferry Rd NW
Atlanta, GA 30339

Howell S. Wynne
PO Box 8918
Rancho Santa Fe, CA 92067

Humana
PO Box 14601
Lexington, KY 538736

Infinity Stamps
8577 Canoga Ave
Canoga Park, CA 91304

Internal Revenue Service -
Centralized Insolvency Operatio
PO Box 7346
Philadelphia, PA 19101-7346

Jones Global Sports, LLC
Whitehorse Commercial Park 127
Hamilton, NJ 8610

Kabbage Loans, LLC
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

| | | |
|---|---|---|
| Kenneth Maun / Collin County Ta<br>920 E Park Blvd<br>Plano, TX 75074 | Pearce Precision Products<br>1115 Majestic Way<br>Wylie, TX 75098 | True Temper<br>8275 Tournament Dr.<br>Memphis, TN 38125 |
| Kennington Properties<br>4514 Travis Street #312<br>PO Box 192269<br>Dallas, TX 75229 | Regal Brands dba Cropspete Spor<br>1300 Pioneer St # J<br>Brea, CA 92821 | Tyco SimplexGrinnell<br>1125 E Collins Blvd #100<br>Richardson, TX 75081 |
| Law office of David H. Judson<br>15950 Dallas Parkway, Suite 225<br>Dallas, TX 75248 | Republic Group<br>5525 Lyndon B Johnson Fwy<br>Dallas, TX 75240 | United States Attorney<br>110 North College Ave., Ste. 70<br>Tyler, TX 75702-0204 |
| Liberty Power<br>1901 W Cypress Creek Rd., #600<br>Fort Lauderdale, FL 33309 | Robert Schmidt<br>20445 Gramercy Place Ste #201<br>Torrance, CA 90501 | United States Trustee<br>110 North College Ave., Ste. 30<br>Tyler, TX 75702-7231 |
| Mason Deal Graphic Design<br>4242 Travis St #112<br>Dallas, TX 75229 | SEC<br>100 F Street, NE<br>Washington, DC 20549 | |
| Metro1 Courier<br>PO Box 142913<br>Irving, TX 75014 | Stamps.com<br>1990 E. Grand Ave<br>El Segundo, CA 90245-5013 | |
| MSC Industrial Supply<br>75 Maxess Road<br>Melville, NY 11747-3151 | Stephen Bartholow<br>90 School Street<br>Haverhill, NH 3766 | |
| Newark Element 14<br>300 S. Riverside Plaza, Suite 2<br>Chicago, IL 60606 | Sunstate Equipment Co.<br>PO Box 52581<br>Phoenix, TX 85072-2581 | |
| PayPal, Inc., Legal Department<br>2211 North First Street<br>San Jose, CA 95131 | Texas Comptroller of Public Acc<br>C/O Office of the Attorney Gene<br>Bankruptcy - Collections Divisi<br>P.O. Box 12548<br>Austin, TX 78711-2548 | |
| PB Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Time Warner Business (internet<br>Gierka, Julianne <julianne.gier | |