**Fill in this information to identify the case**

Debtor name **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) **16-40885**

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2.   **Cash on hand** _____ **$1,453.00**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
account number

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,453.00** |
|---|

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor   **Dogleg Right Partners, LP**
Name

Case number (if known)   **16-40885**

**7. Deposits, including security deposits and utility deposits**

Current value of
debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| | |
|---|---|
| | **$0.00** |

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of
debtor's interest

| 11a. 90 days old or less: | **$76,657.00** | – | **$0.00** | = .............. → | **$76,657.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$336,900.00** | – | **$0.00** | = .............. → | **$336,900.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$413,557.00** |

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:   % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **Dogleg Right Partners, LP**          Case number (if known) **16-40885**
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **Dogleg Right Partners, LP**                    Case number (if known)  **16-40885**
_____
Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **COMPUTER EQUIPMENT-** | | | |
| **Dell Server (1); Dell client stations (3); 27" iMac; 15" MacBook pro (1) ; laptops; Network Rack (1); Routers (1); Aiport WiFi (1); PC WiFi (1); NEC PBX phone system (1); client sets (8); Scanner / Copier / Printers (4)** | **$27,484.27** | | **$27,484.27** |
| **QB Pro Server (1) and client (3); MS Office (4); Adobe CS 4 (1); SAM PuttLab (1)** | | | **$2,565.00** |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                    **$30,049.27**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑  No
    ☐  Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑  No
    ☐  Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |

| Debtor | **Dogleg Right Partners, LP** | Case number (if known) | **16-40885** |
|---|---|---|---|
| | Name | | |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Tooling Equipment:**

**Haas VF-2 CNC Machining center (1); Bridgeport manual mill (1), Hardinge Tool Room Lathe (1); Horizontal Band saw (1);Air compressors (2); Grinders (7), blast cabnets (2); Drill Presses (2); Tooling; fixtures, work tables (9), carts (6); misc.**

|  |  |  | **$87,695.00** |
|---|---|---|---|
| **Putting Green (removeable)** | | | **$4,100.00** |

**Studio Equipment:**
**SAM PuttLab system (1); Casio FX-1 High Speed Camera (1); Canon EOS Ti (1); Canon EOS (1);**

|  |  |  | **$7,200.00** |
|---|---|---|---|

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

> **$98,995.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

> **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  **Dogleg Right Partners, LP**                           Case number (if known)  **16-40885**
        <u>Name</u>

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **PATENTS (Tangible Assets - Prosecution, fees & costs to defend).** <br> **USPN's 7,004,852; 7,189,169 were cancelled in Inter Partes Reexam** <br> **USPN 7,344,450 was upheld in Reexam and 3 Appeals, Since Lapsed** <br> **Intangible Assets** <br> <br> **USPN 7,566,276;  7,828,672; 8,177,662; 8,382,604;  8,491,413;  8,616,991; 9,011,269; 9,149,694 and other patents pending** | | | $344,000.00 |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| **Trademarks and URLs:** <br> **www.doglegright.com; www.doglegright.net;** <br> **www.dogleg.co; www.dogleggolf.net;** <br> **www.doglegright.info; www.machineputter.com;** <br> **www.machineputters.com;** <br> **wwmachinegolfclub.net;** <br> **www.machinesports.net; www.nextgrip.net;** <br> **www.hogputters.com;** <br> **www.bobbyjonesputters.com;** <br> **www.aimrightputter.com** | | | $4,740.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                               | **$348,740.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Dogleg Right Partners, LP**
_____    Case number (if known)   **16-40885**   _____
          Name

<table>
<tr><td style="background:black;color:white">**Part 11:**</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                          **Current value of**
                                                                          **debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                 **$0.00**
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor      **Dogleg Right Partners, LP**                                    Case number (if known)    **16-40885**
_____
Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,453.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $413,557.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,049.27 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $98,995.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $348,740.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $892,794.27 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92....................................................................................   $892,794.27

**Fill in this information to identify the case:**

Debtor name  **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **16-40885**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

Creditor's name
**CNC Associates, Inc**

Creditor's mailing address
**2900 Challenger Place**

**Oxnard          CA   93030**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          **5   4   6   2**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

　　**1) CNC Associates, Inc; 2) Kenneth**
　　**Maun / Collin County Tax Assesso.**

**Lien is on Hass VF-2 Machining Center**

Describe debtor's property that is subject to a lien
**Tooling Equipment:**

Describe the lien
**Business debt**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$24,528.00**    Column B: **$87,695.00**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$62,468.58**

Debtor  **Dogleg Right Partners, LP**                              Case number (if known) **16-40885**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2**   **Creditor's name**
**Kabbage Loans, LLC**

Describe debtor's property that is
subject to a lien                          **$29,540.58**          **$0.00**

**Creditor's mailing address**
**925B Peachtree Street NE**

**Describe the lien**

**Suite 1688**

_____

**Is the creditor an insider or related party?**

**Atlanta          GA   30309**            ☒ No
**Creditor's email address, if known**     ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred** _____     ☒ No

**Last 4 digits of account**                ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
**number** ___ ___ ___ ___

**Do multiple creditors have an interest in**   **As of the petition filing date, the claim is:**
**the same property?**                           Check all that apply.

☒ No                                         ☐ Contingent
☐ Yes.  Have you already specified the       ☐ Unliquidated
          relative priority?                 ☐ Disputed

     ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is
              specified on lines _____

**2.3**   **Creditor's name**
**Kenneth Maun / Collin County Tax Asse**

Describe debtor's property that is
subject to a lien                          **$8,400.00**       **$129,044.27**

**Creditor's mailing address**               **All Personalty**
**920 E Park Blvd**

**Describe the lien**

_____            **Ad valorem tax lien**

**Is the creditor an insider or related party?**

**Plano          TX   75074**               ☒ No
**Creditor's email address, if known**      ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred** _____      ☒ No

**Last 4 digits of account**                 ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
**number** ___ ___ ___ ___

**Do multiple creditors have an interest in**   **As of the petition filing date, the claim is:**
**the same property?**                           Check all that apply.

☐ No                                         ☐ Contingent
☒ Yes.  Have you already specified the       ☐ Unliquidated
          relative priority?                 ☐ Disputed

     ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

     ☒ Yes.  The relative priority of creditors is
              specified on lines **2.1**

**Approx. Amount**

**Fill in this information to identify the case:**

Debtor **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-40885**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,147.48 | $1,147.48 |

**2.1** Priority creditor's name and mailing address

**Alfredo Velez**

**7879 Riverfall Drive**

**Apt. 260**

**Dallas**                    **TX**      **75230**

Date or dates debt was incurred

Last 4 digits of account
number       __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,147.48**   Priority amount: **$1,147.48**

**2.2** Priority creditor's name and mailing address

**Bob Johnson**

**204 North Acres**

**Dallas**                    **TX**      **75217**

Date or dates debt was incurred

Last 4 digits of account
number       __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**Part time employee**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$157.90**   Priority amount: **$157.90**

Debtor   **Dogleg Right Partners, LP**                          Case number (if known)  **16-40885**

## Part 1:   Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address
**Bob Nied**

**1105 San Antonio Ct.**

_____

**Plano                       TX      75023**

Date or dates debt was incurred

_____

Last 4 digits of account
number          ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$312.79**   Priority amount: **$312.79**

---

**2.4**   Priority creditor's name and mailing address
**David Billings**

**5007 N. Briar Ridge Circle**

_____

**McKinney                 TX      75070**

Date or dates debt was incurred

_____

Last 4 digits of account
number          ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$102,345.00**   Priority amount: **$102,345.00**

---

**2.5**   Priority creditor's name and mailing address
**David P. Billings, Jr.**

**5007 N. Briar Ridge Circle**

_____

**McKinney                 TX      75070**

Date or dates debt was incurred

_____

Last 4 digits of account
number          ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$5.70**   Priority amount: **$5.70**

Debtor  **Dogleg Right Partners, LP**                    Case number (if known)  **16-40885**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6**    Priority creditor's name and mailing address
**Gary Boston**

**1808 N. Ricketts St.**

**Sherman**                **TX**      **75092**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☒ No
☐ Yes

**Total claim:** $5,490.01    **Priority amount:** $5,490.01

---

**2.7**    Priority creditor's name and mailing address
**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia**            **PA**      **19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Estimated Quarterly Taxes**

Is the claim subject to offset?

☒ No
☐ Yes

**Total claim:** $15,000.00    **Priority amount:** $15,000.00

---

**2.8**    Priority creditor's name and mailing address
**Lazaro Saucedo**

**3113 Leanne Lane**

**Rowlett**                **TX**      **75088**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☒ No
☐ Yes

**Total claim:** $311.11    **Priority amount:** $311.11

Debtor   **Dogleg Right Partners, LP**                                    Case number (if known)   **16-40885**

| Part 1: | **Additional Page** |
|---|---|

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**                          **Total claim**          **Priority amount**

| **2.9** | **Priority creditor's name and mailing address** |
|---|---|

**Libby Coleman**

**4410 Cowan Ave.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,552.54**          **$16,552.54**

**Dallas                    TX      75209**

Date or dates debt was incurred

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

---

| **2.10** | **Priority creditor's name and mailing address** |
|---|---|

**Mike Pelto**

**214 Hemlock Dr.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,250.00**          **$20,250.00**

**Richardson                TX      75081**

Date or dates debt was incurred

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

---

| **2.11** | **Priority creditor's name and mailing address** |
|---|---|

**Serge Malkov**

**6220 Bentwood Trail**

**#1803**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,810.30**          **$2,810.30**

**Dalla                     TX      75252**

Date or dates debt was incurred

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

Debtor   **Dogleg Right Partners, LP**                     Case number (if known) **16-40885**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,012.33 |

**A. W. Chandler Estate**

**c/o Mrs. Nancy Chandler**

**4576 Claire Chennault, Ste. 207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Addison**             **TX**     **75001-3200**

Basis for the claim:
**Business debt**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $529.40 |

**America First Insurance Co.**

**115 Pleasant View Ct Bryant**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bryant**             **AR**     **72022**

Basis for the claim:
**Business debt**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |

**American Express**

**PO Box 360001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Lauderdale**         **FL**     **33336-0001**

Basis for the claim:
**Business debt**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,243.89 |

**Anne Billings**

**5205 Quail Creek**

☐ Contingent
☐ Unliquidated
☐ Disputed

**McKinney**             **TX**     **75070**

Basis for the claim:
**Business debt**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Dogleg Right Partners, LP**                            Case number (if known)   **16-40885**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**   **Nonpriority creditor's name and mailing address**

**Anne P. Billings**

**5205 Quail Creek Dr.**

**McKinney**               **TX**     **75070**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,500.00

---

**3.6**   **Nonpriority creditor's name and mailing address**

**ASG Security**

**12301 Kiln Court Suite A**

**Beltsville**             **MD**     **20705**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$619.03

---

**3.7**   **Nonpriority creditor's name and mailing address**

**Bank Of Texas (Bank of Oklahoma)**

**333 W Campbell Rd**

**Richardson**             **TX**     **75080**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$504.44

---

**3.8**   **Nonpriority creditor's name and mailing address**

**Birch Communications (Cbeyond)**

**4835 Lyndon B Johnson Fwy #900**

**Dallas**                 **TX**     **75244**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

Debtor   **Dogleg Right Partners, LP**                                              Case number (if known)   **16-40885**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

**Bob Schmidt**

**996 Hancock Ave.**

**W. Hollywood, CA 9069**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$140,753.42

---

**3.10** Nonpriority creditor's name and mailing address

**Borroughs Corporation**

**3002 N. Burdick St**

**Kalamazoo**          **MI**     **49004**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$554.51

---

**3.11** Nonpriority creditor's name and mailing address

**Burton Golf**

**2701 Emerywood Pkwy**

**Suite 101**

**Richmond**          **VA**     **23294**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$128.04

---

**3.12** Nonpriority creditor's name and mailing address

**C. Mitchell Cox**

**5 Stillforest St**

**Houston**          **TX**     **77024**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Investor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$865,000.00

---

Debtor   **Dogleg Right Partners, LP**   Case number (if known)   **16-40885**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$4,950.00**

**Capital One**

**PO Box 30825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

**Salt Lake City**        **UT**     **84130-0285**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **0   6   1   2**

**Approx. amount.  Turned over to a collection agency**

---

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$15,771.38**

**Citi**

**PO Box 6235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

**Sioux Falls**        **SD**     **57117-6235**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **4   5   1   7**

---

**3.15** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$74,474.38**

**D. Copeland Jr.**

**22 Harbor Island Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

**Key Largo**        **FL**     **33037**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

**3.16** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**$26,100.00**

**Darryl Copeland, Jr**

**22 Harbor Island Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Investor**

**Key Largo**        **FL**     **33037**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

Debtor   **Dogleg Right Partners, LP**                                    Case number (if known)  **16-40885**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**Delilah Club Covers & More**

**4812 Tippecanoe Dr**

**Evansville                    IN        47715**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

$300.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**DFW Business Telephones, Inc.**

**1260 Shiloh Rd.**

**Plano                         TX        75074**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

$373.46

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Duncan Disposal**

**1220 Dowdy Ferry Rd**

**Dallas                        TX        75217**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

$794.59

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Elizabeth Price(estate od A. Billingss)**

**c/o Anne P. Billings**

**5205 Qual Creek**

**McKinney                      TX        75070**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

$73,749.95

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Dogleg Right Partners, LP**    Case number (if known) **16-40885**

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.89 |

**FedEx Corporation**

**942 S Shady Grove Road**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Memphis**                **TN**    **38120**    **Business debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $898.75 |

**Four Star Label Co**

**3640 Marquis Dr # A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Garland**                **TX**    **75042**    **Business debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,750.00 |

**Golfwrx Holdings, Inc.**

**1100 Oakwood Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dearborn**                **MI**    **48124-2820**    **Business debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.83 |

**Home Depot**

**2455 Paces Ferry Rd NW**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Atlanta**                **GA**    **30339**    **Business debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| Debtor | **Dogleg Right Partners, LP** | Case number (if known) | **16-40885** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.25** Nonpriority creditor's name and mailing address

Howell S. Wynne

PO Box 8918

Rancho Santa Fe          CA      92067

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,446,331.04

---

**3.26** Nonpriority creditor's name and mailing address

Humana

PO Box 14601

Lexington, KY 538736

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,685.57

I believe a portion of this amount (Approx half) was for insurance that was cancelled (no lionger due)

---

**3.27** Nonpriority creditor's name and mailing address

Infinity Stamps

8577 Canoga Ave

Canoga Park          CA      91304

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$337.04

Paid (data entry error?)

---

**3.28** Nonpriority creditor's name and mailing address

J. Fletcher

c/o Anne P. Billings

5205 Quail Creek

McKinney          TX      75070

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,500.00

---

Debtor   **Dogleg Right Partners, LP**                                    Case number (if known)  **16-40885**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,382.19** |
|---|---|---|---|

**Jerry Englert, Estate**

**c/o Mrs. Connie Englert**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 1709**

**Rancho Santa Fe, 92067**

Basis for the claim:
**Business debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,436.75** |
|---|---|---|---|

**Jones Global Sports, LLC**

**Whitehorse Commercial Park 127 Route 206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hamilton, NJ 8610**

Basis for the claim:
**Business debt**

Date or dates debt was incurred _____

Last 4 digits of account number  **2   3   0   4**

Is the claim subject to offset?
☑ No
☐ Yes

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,718.80** |
|---|---|---|---|

**Kennington Properties**

**4514 Travis Street #312**

☐ Contingent
☑ Unliquidated
☐ Disputed

**PO Box 192269**

Basis for the claim:
**Lease Agreement**

**Dallas**                    **TX        75229**

Date or dates debt was incurred _____

Last 4 digits of account number  **e   3   0   0**

Is the claim subject to offset?
☑ No
☐ Yes

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,815.00** |
|---|---|---|---|

**Law office of David H. Judson**

**15950 Dallas Parkway, Suite 225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX        75248**

Basis for the claim:
**Business debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Dogleg Right Partners, LP**                                     Case number (if known)   **16-40885**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**   Nonpriority creditor's name and mailing address

**Lazy Cadeceus, LTD (Dominic Munafo)**

**Mr. Dominic Munafo**

**11908 Brewster Cour**

**San Diego**                          **CA**      **92128**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

$107,094.52

---

**3.34**   Nonpriority creditor's name and mailing address

**Liberty Power**

**1901 W Cypress Creek Rd., #600**

**Fort Lauderdale**                     **FL**      **33309**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

$638.55

---

**3.35**   Nonpriority creditor's name and mailing address

**Mason Deal Graphic Design**

**4242 Travis St #112**

**Dallas**                              **TX**      **75229**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,362.50

---

**3.36**   Nonpriority creditor's name and mailing address

**Metro1 Courier**

**PO Box 142913**

**Irving**                              **TX**      **75014**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

$199.87

---

| Debtor | **Dogleg Right Partners, LP** | Case number (if known) | **16-40885** |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | | Amount of claim |
|---|---|---|---|

| **3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,526.02** |
|---|---|---|

**Michael Martin**

**512 Bent Creek**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

| Sherman | TX | 75090 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.38** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,526.02** |
|---|---|---|

**Michelle Marlow Fojtasek**

**4656 Meadowood Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

| Dallas | TX | 75220 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.39** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|

**MSC Industrial Supply**

**75 Maxess Road**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

| Melville | NY | 11747-3151 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Approx. Amount

---

| **3.40** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,039.72** |
|---|---|---|

**Nancy Chandler**

**4576 Claire Chennault, Ste. 207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

| Addison | TX | 75001-3200 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor    **Dogleg Right Partners, LP**                                     Case number (if known)  **16-40885**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**  Nonpriority creditor's name and mailing address

**Newark Element 14**

**300 S. Riverside Plaza, Suite 2200**

Chicago                    IL      60606

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**$12,000 sub-lease payments minus $4,000 security deposit by mutual agreement**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

---

**3.42**  Nonpriority creditor's name and mailing address

**PayPal, Inc., Legal Department**

**2211 North First Street**

San Jose                  CA      95131

Date or dates debt was incurred

Last 4 digits of account number    t  c  o  m

**Disputes from customers who haven't received pre-paid products in the last week**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,387.99**

---

**3.43**  Nonpriority creditor's name and mailing address

**PB Purchase Power**

**P.O. Box 371874**

Pittsburgh              PA      15250-7874

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$741.66**

---

**3.44**  Nonpriority creditor's name and mailing address

**Pearce Precision Products**

**1115 Majestic Way**

Wylie                    TX      75098

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$120.00**

---

Debtor    **Dogleg Right Partners, LP**                     Case number (if known)  **16-40885**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**  Nonpriority creditor's name and mailing address

**Phillip Goodwin**

**3 Woodberry Lane**

**Charleston**          **WV**    **25304**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$55,382.19**

---

**3.46**  Nonpriority creditor's name and mailing address

**Regal Brands dba Cropspete Sports**

**1300 Pioneer St # J**

**Brea**          **CA**    **92821**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,565.00**

---

**3.47**  Nonpriority creditor's name and mailing address

**Republic Group**

**5525 Lyndon B Johnson Fwy**

**Dallas**          **TX**    **75240**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Approx. Amount

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,500.00**

---

**3.48**  Nonpriority creditor's name and mailing address

**Robert Martin**

**c/o Michael Martin**

**512 Bent Creek**

**Sherman**          **TX**    **75090**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$29,526.02**

---

Debtor   **Dogleg Right Partners, LP**                                      Case number (if known)   **16-40885**

---

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.49** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$37,500.00

**Robert Schmidt**

**20445 Gramercy Place Ste #201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Investor**

Torrance                    CA      90501

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.50** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$34,697.26

**Ron Davis**

**c/o Miler Tayback**

**5956 Sherry Lane Pl., Ste. 1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

Dallas                    TX      75225

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.51** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$25.00

**Stamps.com**

**1990 E. Grand Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

El Segundo                CA      90245-5013

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.52** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Stephen Bartholow**

**90 School Street**

**Haverhill, NH 3766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor    **Dogleg Right Partners, LP**                                          Case number (if known)  **16-40885**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |

**Sunstate Equipment Co.**

**PO Box 52581**

**Phoenix**                    **TX**        **85072-2581**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$388.73**

| 3.54 | Nonpriority creditor's name and mailing address |

**Time Warner Business**

**3301 W Royal Lane**

**Irving**                        **TX**        **75063**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$450.00**

| 3.55 | Nonpriority creditor's name and mailing address |

**True Temper**

**8275 Tournament Dr.**

**Memphis**                    **TN**        **38125**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,250.00**

| 3.56 | Nonpriority creditor's name and mailing address |

**Tyco SimplexGrinnell**

**1125 E Collins Blvd #100**

**Richardson**                **TX**        **75081**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$339.80**

Debtor    **Dogleg Right Partners, LP**                    Case number (if known)   **16-40885**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
      listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

      If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
      are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Attorney General of Texas**                    Line _____

       **Bankruptcy Reporting Cont.**                 ☑ Not listed.  Explain:

       **OAG/CSD/Mail Code 38**                          **Notice Only**

       **PO Box 12017**

       **Austin**                **TX**    **78711-2017**

**4.2**   **Attorney General of Texas**                    Line _____

       **Taxation Division - Bankruptcy**            ☑ Not listed.  Explain:

       **Box 12548 Capitol Station**                    **Notice Only**

       **Austin**                **TX**    **78711**

**4.3**   **Internal Revenue Service**                     Line _____

       **Centralized Insolvency Operations**        ☑ Not listed.  Explain:

       **PO Box 7346**                                      **Notice Only**

       **Philadelphia**           **PA**    **19101-7346**

**4.4**   **SEC**                                              Line _____

       **100 F. Street, NE**                             ☑ Not listed.  Explain:

                                                             **Notice Only**

       **Washington**             **DC**    **20549**

**4.5**   **Texas Comptroller of Public Accounts**      Line _____

       **C/O Office of the Attorney General**        ☑ Not listed.  Explain:

       **Bankruptcy-Collections Division**           **Notice Only**

       **PO Box 12548**

       **Austin**                **TX**    **78711-2548**

**4.6**   **United States Attorney**                       Line _____

       **110 North College Ave., Ste. 700**          ☑ Not listed.  Explain:

                                                             **Notice Only**

       **Tyler**                  **TX**    **75702-0204**

Debtor   **Dogleg Right Partners, LP**                                    Case number (if known)   **16-40885**

## Part 3:   Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.7   **United States Trustee**

**110 North College**

**Suite 300**

**Tyler**                     **TX    75702**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

Debtor   **Dogleg Right Partners, LP**                                    Case number (if known)   **16-40885**

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**          5a.        **$164,382.83**

5b.   **Total claims from Part 2**          5b. **+**   **$11,262,363.53**

5c.   **Total of Parts 1 and 2**           5c.        **$11,426,746.36**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-40885**          Chapter **11**
(if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | **Kennington Properties** |
| | | | **4514 Travis Street #312** |
| | | | **PO Box 192269** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Dallas                    TX          75229** |

**Fill in this information to identify the case:**

Debtor name   **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number   **16-40885**
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Dogleg Right Partners, LP**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known):  **16-40885**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.................................................................................................. | **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................................ | **$892,794.27**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................................. | **$892,794.27**

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................. | **$62,468.58**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$164,382.83**

    3b.  **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+  $11,262,363.53**

4.  **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................................. | **$11,489,214.94**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **16-40885**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/13/2016**
　　　　　　MM / DD / YYYY

X **/s/ David Billings**
Signature of individual signing on behalf of debtor

**David Billings**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Dogleg Right Partners, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)  **16-40885**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | **01/01/2016** | to | Filing date | ☑ Operating a business<br>☐ Other | **$67,361.25** |
| For prior year: | From | **01/01/2015** | to | **12/31/2015** | ☑ Operating a business<br>☐ Other | **$227,473.00** |
| For the year before that: | From | **01/01/2014** | to | **12/31/2014** | ☑ Operating a business<br>☐ Other | **$162,653.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be
adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Kennington Properties**<br>Creditor's name<br>**4514 Travis Street #312**<br>Number      Street<br>**PO Box 192269**<br><br>**Dallas**                        **TX    75229**<br>City                              State    ZIP Code | 3/30/2016 | **$6,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **landlord** |

Debtor   **Dogleg Right Partners, LP**                                    Case number (if known)  **16-40885**
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **ABL Technology LLC**<br>Insider's name<br>**29636 U.S. hwy. 27**<br>Number      Street | **2/1/2016** | **$15,000.00** | **2011 Haas Mini CNC maching center** |

**Dundee**                          **FL**      **33838**
City                                State   ZIP Code

**Relationship to debtor**
**none**

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Dogleg Right Partners, LP**                              Case number (if known)  **16-40885**
_____
Name

---

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **David Billings** <br> Recipient's name <br> **5007 N. Briar Circle** <br> Number     Street <br><br> **McKinney**        **TX**   **75070** <br> City                State   ZIP Code <br><br> Recipient's relationship to debtor <br> **Son** | **Putter** | **12/25/2015** | **$250.00** |
| 9.2.  **Michael Billings** <br> Recipient's name <br> **5007 N. Briar Circle** <br> Number     Street <br><br> **McKinney**        **TX**   **75070** <br> City                State   ZIP Code <br><br> Recipient's relationship to debtor <br> **Son** | **Putter** | **12/25/2015** | **$250.00** |
| 9.3.  **Margharet Billings** <br> Recipient's name <br> **5007 N. Briar Circle** <br> Number     Street <br><br> **McKinney**        **TX**   **75070** <br> City                State   ZIP Code <br><br> Recipient's relationship to debtor <br> **Daughter** | **Putter** | **12/25/2015** | **$300.00** |

---

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | | |
|---|---|---|
| Debtor | **Dogleg Right Partners, LP** | Case number (if known) **16-40885** |
| | Name | |

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **DeMarco Mitchell, PLLC** | | **06/10/2016** | **$6,800.00** |

**Address**

**1255 West 15th St., 805**
Number      Street

**Plano**               **TX**      **75075**
City                         State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.   Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14.   Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.   **1200 Placid Ave., Ste. 400**<br>Number      Street | From   **12/7/2007**   To   **4/30/2013** |

**Plano,**               **TX**      **75074**
City                         State      ZIP Code

Debtor   **Dogleg Right Partners, LP**

Name

Case number (if known)   **16-40885**

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

| Debtor | **Dogleg Right Partners, LP** | | Case number (if known) | **16-40885** |
|---|---|---|---|---|
| | Name | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Tony Sessa** | **1200 Placid Ave.** | **Bobby Jones Putter Prototype by Dogleg Right** | **$1,000.00** |
| Name | | | |
| **2604 Washington Rd.** | **Suite300** | | |
| Number      Street | | | |
| | **Plano              TX    75074** | | |
| **Augusta            GA    30904** | | | |
| City                  State    ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

---

Debtor  **Dogleg Right Partners, LP**                              Case number (if known) **16-40885**
_____
Name

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---
**Part 13:    Details About the Debtor's Business or Connections to Any Business**
---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Allyson Greer** <br> Name <br> **400 Coventry Court** <br> Street | | From **2005** | To | **present** |
| | **Irving** <br> City | **TX** <br> State | **75061** <br> ZIP Code | | |

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.2. | **William Peck** <br> Name <br> **PO Box 744215** <br> Street | | From **2008** | To | **present** |
| | **Dallas** <br> City | **TX** <br> State | **75374-4215** <br> ZIP Code | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **David Billings** <br> Name <br> **1200 Placid Ave., Ste 300** <br> Street | | |
| | **Plano, TX 75074** <br> City | State | ZIP Code |

| Debtor | **Dogleg Right Partners, LP** | Case number (if known) | **16-40885** |
|---|---|---|---|
| | Name | | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Gary Boston/David Billings** | **2/2016** | **$225,000.00 / cost** |

Name and address of the person who has possession of inventory records

27.1.  **David Billings**
Name
**1200 Placid Ave., Ste. 300**
Street

| **Plano,** | **TX** | **75074** |
|---|---|---|
| City | State | ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **David Billings** <br> Name <br> **5007 N. Ridge Circle** <br> Street | **Loans, Advances on Back pay, Petty Cash** <br> **$20,000.00** | **Various** | |

| **McKinney** | **TX** | **75070** |
|---|---|---|
| City | State | ZIP Code |

Relationship to debtor

Debtor   **Dogleg Right Partners, LP**                                    Case number (if known)   **16-40885**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/13/2016**
             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
             MM / DD / YYYY

**X** **/s/ David Billings**                                    Printed name   **David Billings**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor   **President**
                                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:                                              CHAPTER   **11**

**Dogleg Right Partners, LP**


DEBTOR(S)                                           CASE NO   **16-40885**


## <u>LIST OF EQUITY SECURITY HOLDERS</u>

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| A. W. Chandler Estate<br>c/o Mrs. Nancy Chandler<br>4576 Claire Chennault, Ste. 207<br>Addison, TX 75001 | | | .225% |
| Alan Luther<br>Jeffries and Co.<br>13355 Noel Rd. $1400<br>Dallas, TX 75240 | | | .109% |
| Brad Yates<br>116 Schooner Dr.<br>Savannah, GA 31410 | | | .073% |
| Charles Wilson<br>10718 Whitfield Ridge Dr.<br>Charlotte, NC 28277 | | | .411% |
| Chris Colwick<br>1863 San Jose Ave.<br>San Francisco, CA 94112 | | | .109% |
| Craig Klaasmeyer<br>Credit Suisse First Boston<br>One Cabot Square<br>London, England E14 4QJ | | | .261% |
| Darryl Copeland Sr.<br>c/o Darryl Copeland ,Jr.<br>22 Harbor Island Dr.<br>Key Largo, FL 33037 | | | .109% |
| Darryl Copeland, Jr.<br>22 Harbor Island Drive<br>Key Largo, FL 33037 | | | .327% |
| David Billings<br>5007 N. Briar Ridge Circle<br>McKinney, TX 75070 | | | 2.002% |
| Dogleg Right Corporation<br>Plano, TX 75074 | | | .084% |
| Emily C. Cox<br>6255 W. NW Hwy. #118<br>Dallas, TX 75225 | | | .218% |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:                                                        CHAPTER    **11**

**Dogleg Right Partners, LP**


DEBTOR(S)                                                CASE NO    **16-40885**


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Eric Lloyd 1839 Cassamia Pl. Charlotte, NC 28211 | | | Split of C. Wilson Units |
| Estate of S. Kaffenburgh c/o Mr. Stephen Bartholow PO Box 187A Haverhill, NH 03765 | | | .436% |
| Gary Boston 1808 Ricketts St. Sherman, TX 75092 | | | Special Employee LP |
| Greg Walker Inversal 750 B Street, #3160 San Diego, CA 92101 | | | 1.123% |
| Howell Wynne PO Box 8918 Rancho Santa Fe, CA 92067 | | | 68.778% |
| James Aston 25 highland Park Village Box 100458 Dallas, TX 75205 | | | .083% |
| James L. Moore 1820 Harris Rd. Charlotte, NC 28211 | | | Split of C. Wilson Units |
| James Schucart 2039 Brookcreek Lane St. Louis, MO 63122 | | | .073% |
| Jason Zucker 60 West 23rd St., #1711 New York, NY 10010 | | | .145% |
| Jerry Englert, Estate c/o Mrs. Connie Englert PO Box 1709 Rancho Santa Fe, 92067 | | | 1.123% |
| John Coleman 301 Round Ridge Road Spartanburg, SC 29302 | | | Special Employee LP |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:                                                    CHAPTER   **11**

**Dogleg Right Partners, LP**

DEBTOR(S)                                        CASE NO   **16-40885**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 2*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| John Lauriente PO Box 8896 Rancho Santa Fe., CA 92067 | | | 3.211% |
| John Raley PO Box 873 Fulton, TX 78358 | | | .253% |
| John Sharpe 3700 Alice Circle Dallas, TX 75205 | | | .0631% |
| John Skelton 7001 Preston Rd. #LB28 Dallas, TX 75205 | | | .109% |
| Lance Deal 111 Hogan Dr. Lake Kiowa, TX 76240 | | | .276% |
| Lazy Cadeceus, LTD (Dominic Munafo) Mr. Dominic Munafo 11908 Brewster Court San Diego, CA 92128 | | | 2.245% |
| Lerner Grey Foundation c/o Mr. stephen Bartholow PO Box 187A Haverhill, NH 03765 | | | .397% |
| Libby Coleman 4410 Cowan Avenue Dallas, TX 75209 | | | Special Employee LP |
| Matt Jones 8604 Breakers Pt. Dallas, TX 75243-7000 | | | .299% |
| Michael Crow Sequal Holdings L.P. 8080 N. Central Expressway Dallas, TX 75206 | | | .163% |
| Michael Martin 512 Bentcreek Sherman, TX 75090 | | | .036% |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:                                                    CHAPTER   **11**

**Dogleg Right Partners, LP**


DEBTOR(S)                                          CASE NO   **16-40885**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 3*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Michelle Fojtasek<br>4656 Meadowwood Road<br>Dallas, TX 75220 | | | Special Employee LP |
| Michelle Marlow Fojtasek<br>4656 Meadowwood Road<br>Dallas, TX 75220 | | | .775% |
| Mike Pelto<br>217 Hemlock Dr.<br>Richardson, TX 75081 | | | Special Employee LP |
| Mitchell Cox<br>5 Stillforest St.<br>Houston, TX 77024 | | | 12.027% |
| Noble Nash<br>3709 Potomac<br>Dallas, TX 75205 | | | .036% |
| Peter Kraus<br>Waters & Kraus<br>3219 McKinney Ave., #3000<br>Dallas, TX 75204 | | | .083% |
| Peter Nelson<br>20 Huntwick Lane<br>Englewood, CO 80110 | | | .540% |
| Phillip Goodwin<br>3 Woodberry Lane<br>Charleston, WV 25304 | | | 1.123% |
| Robert Schmidt<br>996 Hancock Ave.<br>W. Hollywood, CA 90069 | | | .218% |
| Steven Crosby<br>1236 River Acres<br>New Braunfels, TX 78130 | | | .579% |
| Tom Davis<br>The Concorde Group<br>500 Cresent Court #270<br>Dallas, TX 75201 | | | .163% |
| Tony Lundy<br>903 Park Ave., Apt. 16B<br>New York, NY 10221 | | | .109% |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:                                          CHAPTER   **11**

**Dogleg Right Partners, LP**

DEBTOR(S)                                       CASE NO   **16-40885**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 4*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Trevor Turbidy 2724 Tungley St. Houston, TX 77005 | | | .131% |
| William C. Frauen 55 Upland Dr. Greenwich, CT 06381 | | | Split of C. Wilson Units |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Partnership**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**6/13/2016**_____        Signature:__*/s/ David Billings*_____

                                                          ***David Billings***
                                                          **President**